IN THE UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANITRA DIAMOND and LEBARRON YATES, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>KIMBERLY HASTIE, in her individual and official capacity as the Mobile County License Commissioner and a Mobile County employee; CHAD TUCKER, in his individual and official capacity as a Strateco, LLC employee; and STRATECO, LLC; A, B, C, and D, whether singular or plural, being those persons, corporations, firms, or other entities responsible for the dissemination of Plaintiffs' private personal information,<br><br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*  NO. 1:15-cv-00204<br>*<br>* |

## NOTICE OF DISMISSAL OF CHAD TUCKER AND STRATECO, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Anitra Diamond and Lebarron Yates, individually and on behalf of all others similarly situated, hereby give notice that Defendants Chad Tucker and Strateco, LLC are voluntarily dismissed from this action without prejudice.

Respectfully submitted on May 6, 2015,

/s/ Kasie M. Braswell
KASIE M. BRASWELL (brask5769)
E-mail: kasie@braswellmurphy.com
/s/ D. Brian Murphy
D. Brian Murphy (murpd0754)
E-Mail: brian@braswellmurphy.com
ATTORNEYS FOR PLAINTIFFS

BRASWELL MURPHY, LLC
59 Saint Joseph Street
Mobile, Alabama 36602
Telephone: (251) 438-7503
Fax: (251) 438-7947

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 6, 2015, the foregoing document was served via U.S. mail and electronically filed with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to the following:

RUSSEL MYLES (MYL001)
rmyles@mcdowellknight.com
J. BLAIR NEWMAN (NEW053)
bnewman@mcdowellknight.com
Attorneys for Chad Tucker and Strateco, LLC

OF COUNSEL:

MCDOWELL KNIGHT ROEDDER
 & SLEDGE, LLC
11 North Water St., Ste. 13290
Mobile, Alabama 36602
(251) 432-5300
(251) 432-5303 (fax)

Kimberly Hastie
4113 Blue Heron Ridge
Mobile, Alabama 36693

              */s/ Kasie M. Braswell*
              COUNSEL