AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:15-cv-00204

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ꓘiMBERLy Hastie

was received by me on *(date)* 4|17|15     .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Dawn Evans , who is
designated by law to accept service of process on behalf of *(name of organization)* Mobile Co. License Comm.
on *(date)* 4|17|15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ —  for travel and $ 85⁰⁰  for services, for a total of $ 85.00 .

I declare under penalty of perjury that this information is true.

Date: 4|17|15

_____
Server's signature

Wayne Harmer
Printed name and title

51 Saint Joseph St. Mobile
Server's address

Additional information regarding attempted service, etc:

Dawn Evans