IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANITRA DIAMOND and LEBARRON YATES, individually and on behalf of all others similarly situated, | * * * * |
| Plaintiffs, | * * |
| vs. | * Civil Action No.: 1:15-cv-00204 * |
| KIMBERLY HASTIE, in her individual and official capacity as the Mobile County License Commissioner and a Mobile County employee; et al., | * * * * * |
| Defendants. | * |

## JOINT MOTION TO STAY

Comes now the defendant, Kimberly Hastie, individually and in her official capacity as the Mobile County License Commissioner and a Mobile County employee and the plaintiffs, by and through their undersigned counsel, and respectfully request that this Court stay all proceedings related to this matter, and as grounds therefor show unto the Court as follows:

1. All parties consent to this Motion to Stay subject to paragraph 4 below.

2. There is a pending criminal matter with potentially similar issues to this civil matter, being Case No. 1:14-CR-00291-CG-N.

3. A stay of this matter as requested is in the best interests of justice for all parties and furthers the interest of judicial economy with regard to this matter.

4. Plaintiffs join in this motion; however, reserve the right to seek a removal of the stay after the criminal trial, even if there is an appeal.

Respectfully submitted,

        */s/ J. Burruss Riis*
        J. BURRUSS RIIS (RIISJ8057)
        DOUGLAS L. MCCOY (MCCOD5015)
        CHRISTOPHER S. WILLIAMS (WILLC7030)
        Attorneys for Kimberly Hastie in her official capacity as the Mobile County License Commissioner and a Mobile County employee

OF COUNSEL:
HAND ARENDALL LLC
P.O. Box 123
Mobile, AL 36601-0123
Tel:    (251) 432-5511
Fax:   (251) 694-6375
briis@handarendall.com
dmccoy@handarendall.com
cwilliams@handarendall.com

        */s/ Buzz Jordan*
        JOE CARL "BUZZ" JORDAN
        As attorney for Kimberly Hastie, individually

Buzz Jordan, Attorney
1111 Dauphin Street
Mobile, AL 36604
Tel.: (251) 432-5400
buzz@rossandjordan.com

        /s/Kasie M. Braswell
        KASIE M. BRASWELL (brask5769)
        D. BRIAN MURPHY (murpd0754)
        Attorneys For Plaintiffs

BRASWELL MURPHY, LLC
59 Saint Joseph Street
Mobile, Alabama 36602
brian@braswellmurphy.com
kasie@braswellmurphy.com
Tel: (251) 438-7503
Fax: (251) 438-7949

## **CERTIFICATE OF SERVICE**

      I do hereby certify that, on May 8, 2015, I filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

                                                            */s/ J. Burruss Riis*