IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANITRA DIAMOND and LEBARRON YATES, individually and on behalf of all others similarly situated,** * * * * | |
| **Plaintiffs,** * * | |
| vs. * | **Civil Action No.: 1:15-cv-00204** |
| * | |
| **KIMBERLY HASTIE, in her individual and official capacity as the Mobile County License Commissioner and a Mobile County employee; et al.,** * * * * | |
| **Defendants.** * | |

## NOTICE OF APPEARANCE

Christopher S. Williams of the law firm Hand Arendall LLC files this Notice of Appearance as additional counsel of record for Defendant Kimberly Hastie in her official capacity as the Mobile County License Commissioner and a Mobile County employee, and requests copies of all notices provided to counsel and interested parties in the above-styled cause.

Respectfully submitted,

*/s/ Christopher S. Williams*
CHRISTOPHER S. WILLIAMS (WILLC7030)
Attorney for Kimberly Hastie in her official capacity as the Mobile County License Commissioner and a Mobile County employee

OF COUNSEL:
HAND ARENDALL LLC
P.O. Box 123
Mobile, AL 36601-0123
Tel:   (251) 432-5511
Fax:   (251) 694-6375
cwilliams@handarendall.com

## CERTIFICATE OF SERVICE

  I do hereby certify that, on May 8, 2015, I filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

                */s/ Christopher S. Williams*