IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANITRA DIAMOND and ) | |
| LEBARRON YATES, ) | |
| Individually and on behalf ) | |
| of all others similarly situated, ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 15-204-KD-C |
| ) | |
| KIMBERLY HASTIE, in her ) | |
| Individual and official capacity ) | |
| as the Mobile County License ) | |
| Commissioner and a Mobile County ) | |
| employee; et al., ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on Defendant's motion to extend the stay in this case for nine additional months. (Doc. 10). Plaintiffs are **ORDERED** to respond on or before **Friday, August 28, 2015.**

**DONE** and **ORDERED** this **21st** day of **August 2015**.

                                            s/ Kristi K. DuBose
                                            **KRISTI K. DUBOSE**
                                            **UNITED STATES DISTRICT JUDGE**