IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANITRA DIAMOND and ) | |
| LEBARRON YATES, ) | |
| Individually and on behalf ) | |
| of all others similarly situated, ) | |
|         Plaintiffs, ) | |
| ) | |
| vs.                                                           ) | CIVIL ACTION NO. 15-204-KD-C |
| ) | |
| KIMBERLY HASTIE, in her ) | |
| Individual and official capacity ) | |
| as the Mobile County License ) | |
| Commissioner and a Mobile County ) | |
| employee; et al., ) | |
|         Defendants. ) | |

**ORDER**

This matter is before the Court on Defendant's motion to extend the stay in this case for seven additional months. (Doc. 19). Defendant has appealed her conviction for violation of the Driver's Privacy Protection Act ("DPPA") 18 U.S.C. § 2721, *et seq*. *(United States v. Hastie*, 14-CR-291, Appeal Number 15-14481-BB). The instant complaint seeks damages on behalf of a class, alleging the Defendant violated the DPPA.

On September 1, 2015, the Court stayed this matter until June 1, 2016 pending the outcome of Hastie's appeal of a criminal conviction. Defendant moves the Court to extend the stay for an additional seven months as the Defendant's appeal remains pending before the Eleventh Circuit Court of Appeals. Upon consideration and for the reasons discussed in the Court's previous Orders (Doc. 9, 15), the motion is **GRANTED** in part and **DENIED** in part as follows: This stay in this matter is extended until seven (7) days from the Court of Appeals' issuance of the mandate in this matter.

**DONE** and **ORDERED** this **24**th day of **May 2016**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**