IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANITRA DIAMOND and ) | |
| LEBARRON YATES, Individually and ) | |
| on behalf of all others similarly situated, ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | CIVIL ACTION NO. 15-0204-KD-C |
| ) | |
| KIMBERLY HASTIE, in her Individual ) | |
| and official capacity as the Mobile County ) | |
| License Commissioner and a Mobile ) | |
| County employee, ) | |
| ) | |
| Defendant.[1] [2] ) | |

**ORDER**

Previously, the Court stayed this action until seven (7) days after the mandate in the appeal of *United States of America v. Kimberly Smith Hastie*, Criminal Action No. 14-00291-KD (S.D. Ala. 2014). The United States Court of Appeals for the Eleventh Circuit issued the mandate on July 3, 2017.   The seven (7) days have now expired; therefore, the stay is lifted. Accordingly, Defendant Hastie shall, on or before **July 31, 2017,** file and serve her responsive pleading.

**DONE** and **ORDERED** this 11th day of July 2017.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Defendants Chad Tucker and Strateco, LLC, were voluntarily dismissed (doc. 5).

[2] Plaintiffs also sued fictitious parties (doc. 1, p. 1).  As a general rule, fictitious party practice is not available in federal court unless the plaintiff describes those parties with sufficient specificity that they may be identified. *See Richardson v. Johnson*, 598 F.3d 734, 738 (11th Cir. 2010) ("As a general matter, fictitious-party pleading is not permitted in federal court.") (citation omitted).