IN THE UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANITRA DIAMOND** and **LEBARRON YATES**, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>**KIMBERLY HASTIE**, et al.,<br><br>　　　　Defendants. | *<br>*<br>*<br>*<br>*<br>*　Civil Action No.: 1:15-cv-00204<br>*<br>*<br>*<br>*<br>* |

**NOTICE OF DISMISSAL OF CLAIMS AGAINST NICK MATRANGA**
**IN HIS INDIVIDUAL CAPACITY**

　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Anitra Diamond and Lebarron Yates, individually and on behalf of all others similarly situated, hereby give notice that the claims against Defendant Nick Matranga in his individual capacity are voluntarily dismissed from this action without prejudice.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Kasie M. Braswell*
　　　　　　　　　　　　　　　　　KASIE M. BRASWELL
　　　　　　　　　　　　　　　　　E-mail: kasie@braswellmurphy.com
　　　　　　　　　　　　　　　　　*/s/ D. Brian Murphy*
　　　　　　　　　　　　　　　　　D. BRIAN MURPHY
　　　　　　　　　　　　　　　　　E-Mail: brian@braswellmurphy.com
　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFFS**

　　　　　　　　　　　　　　　　　**BRASWELL MURPHY, LLC**
　　　　　　　　　　　　　　　　　105 N. Conception Street, Suite 100
　　　　　　　　　　　　　　　　　Mobile, Alabama 36602
　　　　　　　　　　　　　　　　　Telephone: (251) 438-7503
　　　　　　　　　　　　　　　　　Fax: (251) 438-7949

        *s/W. Daniel "Dee" Miles, III*
        W. DANIEL "DEE" MILES, III
        E-mail: dee.miles@beasleyallen.com
        *s/Archie I. Grubb, II*
        ARCHIE I. GRUBB, II
        E-Mail: archie.grubb@beasleyallen.com
        **ATTORNEYS FOR PLAINTIFFS**

        **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
        218 Commerce Street
        Montgomery, Alabama 36830
        Telephone: (334) 269-2343
        Fax: (334) 954-7555

## CERTIFICATE OF SERVICE

     I certify that on August 31st, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

        */s/ D. Brian Murphy*
        Of Counsel