IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANITRA DIAMOND, *et al.*, | : | |
|     Plaintiffs, | : | |
| vs. | : | CA 15-00204-KD-C |
| KIMBERLY HASTIE, in her individual capacity, *et al.*, | : : | |
|     Defendants. | : | |

## **ORDER**

This matter is before the undersigned on Defendant Nick Matranga's Motion to Dismiss ("first motion to dismiss"), (Doc. 23), filed on July 28, 2017, and Motion to Dismiss First Amended Class Action Complaint ("second motion to dismiss"), (Doc. 31), filed on September 1, 2017; and Plaintiffs Anitra Diamond's and Lebarron Yates's First Amended Class Action Complaint, (Doc. 28), filed on August 18, 2017. Plaintiffs Diamond and Yates filed as a matter of course their First Amended Class Action Complaint, (Doc. 28), on August 18, 2017, twenty-one (21) days after service of Defendant Matranga's first motion to dismiss, (Doc. 23). *See* Fed. R. Civ. P. 15(a)(1)(B) ("A party may amend its pleading once as a matter of course within . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier). Accordingly, Defendant Matranga's first motion to dismiss, (Doc. 23), is hereby **MOOT** and oral argument, which is scheduled on September 7, 2017, is **CANCELLED**. Plaintiffs Diamond

2

and Yates are **ORDERED** to file their response to Defendant Matranga's second motion to dismiss, (Doc. 31), on or before **September 27, 2017**, and Defendant Matranga is to file his reply on or before **October 4, 2017**.  This matter will come on for oral argument on **October 12, 2017**, at **2:00 p.m.** in Courtroom 3A, United States Courthouse, Mobile, Alabama.  The undersigned will take the matter under submission following oral argument.  If out-of-town counsel wish to participate by telephone conference, they shall use the following numbers:

        **CALL IN**        877-873-8018

        **PASS CODE**    3291819

Counsel are reminded that due to their propensity to disrupt the recording system, cell phones or the conference option on land lines are to be avoided as a courtesy to all telephone conference participants.

**DONE** and **ORDERED** this the 6th day of September 2017.

        s/WILLIAM E. CASSADY
        **UNITED STATES MAGISTRATE JUDGE**