# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANITRA DIAMOND, *et al.*, | : |
| Plaintiffs, | : |
| vs. | :   CA 15-00204-KD-C |
| KIMBERLY HASTIE, in her individual capacity, *et al.*, | : : |
| Defendants. | : |

## ORDER

In consideration of the Court's Order entered on September 7, 2017, (Doc. 34), the Court's submission Order on Defendant Nick Matranga's Motion to Dismiss First Amended Class Action Complaint, (Doc. 34), entered on September 6, 2017, is hereby **VACATED**.

**DONE** and **ORDERED** this the 13th day of September 2017.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**