# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANITRA DIAMOND, *et al.*, | : |
| Plaintiffs, | : |
| vs. | : Civil Action No. 1:15-cv-00204-KD-C |
| KIMBERLY HASTIE, in her individual capacity, *et al.*, | : : |
| Defendants. | : |

## **ORDER**

This action is before the Court on the Report and Recommendation entered March 16, 2018 (doc. 54), the Motion for Clarification, or in the Alternative Objection to Report and Recommendation filed by Defendant Nick Matranga, the current Mobile County License Commissioner (doc. 56), and the Objections filed by Plaintiffs Anitra Diamond and LeBarron Yates (doc. 57).

After due and proper consideration of all issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 16, 2018, is **ADOPTED** as the opinion of this Court.

Accordingly, the official capacity claims and the individual capacity claims against Defendant Nick Matranga are DISMISSED and the official capacity claims against Defendant Kimberly Hastie are DISMISSED *sua sponte*.

**DONE** this the 5th day of April 2018.

> s/ Kristi K. DuBose
> KRISTI K. DuBOSE
> CHIEF UNITED STATES DISTRICT JUDGE