IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANITRA DIAMOND, *et al.*, | : | |
| Plaintiffs, | : | |
| vs. | : | Civil Action No. 1:15-cv-00204-KD-C |
| KIMBERLY HASTIE, in her individual capacity, *et al.*, | : : | |
| Defendants. | : | |

## ORDER

This matter is before the undersigned on the parties' Joint Motion to Continue, (Doc. 70), which was filed on September 4, 2018. The parties motion the Court to extend to October 31, 2018, the discovery deadline in order for the parties to complete the deposition of Defendant Kimberly Hastie. (Doc. 70, at 1). For good cause shown, the parties' Joint Motion to Continue, (Doc. 70), is hereby **GRANTED** and the Court's Rule 16(b) Scheduling Order, (Doc. 60), is **AMENDED** as follows:

3.     DISCOVERY COMPLETION. All discovery is to be completed on or before **October 31, 2018**. Requests for extension will be viewed with great disfavor and will not be considered except upon a showing (1) that extraordinary circumstances require it and (2) that the parties have diligently pursued discovery.

For all actions, "completed" means that all interrogatories, requests for admissions, and requests for production have been served and responded to;

physical inspections and testing have been concluded; physical and mental examinations have been concluded; experts' reports have been exchanged; all depositions, including experts' depositions, have been taken; any motions to compel having been timely filed to give adequate time for the court to consider them; and non-party subpoenas (for production of evidence or to permit inspection) have been served and responded to.

      6.      SUPPLEMENTATION. Supplementation of disclosures and responses as required by Rule 26(e) is to be accomplished "at appropriate intervals" and "seasonably," but not later than **November 9, 2018.**

**DONE** and **ORDERED** this the 5th day of September 2018.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**