**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ANITRA DIAMOND and LEBARRON YATES, individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No.: 1:15-cv-00204 |
| KIMBERLY HASTIE, ) ) | |
| Defendant. ) | |

**JOINT REPORT REGARDING ALTERNATIVE DISPUTE RESOLUTION**

The plaintiffs, Anitra Diamond and Labarron Yates, and defendant Kimberly Hastie, by and through the undersigned counsel, report to the Court pursuant to section 14 of the Scheduling Order of April 10, 2018 (Dkt. 60), as follows:

On April 27, 2017, the plaintiffs and defendant Hastie, along with former defendant Nick Matranga, engaged in a mediation session led by mediator Rodney A. Max. The parties were represented by counsel, and counsel for Mobile County also participated in the mediation. The parties were not able to make substantial progress towards a resolution of the case, as many legal issues were unresolved at that time.

On April 5, 2018, the Court issued an Order (Dkt. 59) adopting the Magistrate Judge's Report and Recommendation (Dkt. 54) to grant defendant Matranga's motion to dismiss. Defendant Matranga was dismissed from the case. The remaining parties, plaintiffs Diamond and Yates, and defendant Hastie, have had no further settlement discussions.

The parties are participating in discovery. The plaintiffs are open to additional settlement discussions and, if those discussions are productive, the plaintiffs will participate in further

mediation sessions as well.  Defendant Hastie states that she does not have sufficient personal assets to engage in material settlement negotiations that would satisfy Plaintiffs.

Submitted October 25, 2018.

/s/ Kasie M. Braswell
Kasie M. Braswell (brask5769)
D. Brian Murphy (murphd0754)
Attorneys for Plaintiffs
BRASWELL MURPHY, LLC
105 North Conception Street, Suite 100
Mobile, Alabama 36602
Tel: (251) 438-7503
Fax: (251) 438-7949
kasie@braswellmurphy.com
brian@braswellmurphy.com

/s/ W. Daniel Dee Miles, III
W. Daniel "Dee" Miles, III
Archie I. Grubb, II
Attorneys for Plaintiffs
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
Tel: (334) 269-2343
Fax: (334) 954-7555
dee.miles@beasleyallen.com
archie.grubb@beasleyallen.com

## **CERTIFICATE OF SERVICE**

    I certify that on October 25, 2018, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Joe Carl "Buzz" Jordan, Esq.
Attorney at Law
1111 Dauphin Street
Mobile, Alabama 36604
buzz@rossandjordan.com

                                        */s/ Kasie M. Braswell*