IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANITRA DIAMOND, *et al.*, | : |
| Plaintiffs, | : |
| vs. | : Civil Action No. 1:15-cv-00204-KD-C |
| KIMBERLY HASTIE, in her individual capacity, | : : |
| Defendant. | : |

## **ORDER**

This action is before the Court on Defendant Kimberly Hastie's Motion for Additional 10 days to file Defendant's Response to Plaintiff's' Class Certification (doc. 81). The response is due today, December 10, 2018. Defendant seeks an extension until December 20, 2018.

Defendant did not include a statement as to whether the Plaintiffs opposed the 10-day extension. Accordingly, Plaintiffs shall file any **objection** on or before **December 12, 2018. If no objection is filed**, then the motion is **GRANTED** without further action by this Court, Defendant shall file her **response** on or before **December 20, 2018**, and Plaintiffs shall file their **reply** on or before **January 21, 2019**.[1]

**DONE** this the 10th day of December 2018.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Class Action Scheduling Order set November 12, 2018 as the deadline for filing motions for class certification, December 10, 2018 as the response deadline, and January 11, 2019, as the reply deadline. (Doc. 60).