IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISON

| | | |
|---|---|---|
| ANITRA DIAMOND and LEBARRON YATES, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>KIMBERLY HASTIE, in her Individual and official capacity as the Mobile County License Commissioner and a Mobile County employee,<br><br>    Defendant. | § § § § § § § § § § § § § § | Civil Action: 15-0204-KD-C |

**DEFENDANT'S MOTION FOR ADDITIONAL 7 DAYS TO FILE DEFENDANT'S RESPONSE BRIEF TO PLAINTIFF'S CLASS CERTIFICATION**

COMES NOW the Defendant, **KIMBERLY HASTIE**, by and through her undersigned attorney of record, Buzz Jordan, and moves for an additional 7 days to file Defendant's Response Brief to Plaintiff's Motion for Class Certification on the following grounds:

1. Defendant's counsel has been preparing for a jury trial.
2. Defendant's counsel is scheduled to begin a jury trial on April 10, 2019, regarding <u>Braxton Scott Parrish v. Janetta Tameka Adams, et al</u> Case Number: CV16-901025, in Bay Minette, Alabama, said trial is expected to last two (2) days.

Respectfully Submitted,

/s/ Buzz Jordan
Buzz Jordan, Esq.
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that on April __9th__, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ Buzz Jordan
Buzz Jordan